IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAMAL ROBERTS, | § | |
| | § | No. 93, 2017 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | Court Below: |
| v. | § | Superior Court of the |
| | § | State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. No. 1512000952 (N) |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: October 25, 2017
Decided: October 26, 2017

Before **VALIHURA**, **VAUGHN** and **SEITZ**, Justices.

## **O R D E R**

This 26th day of October 2017, the Court, having considered this matter on the briefs of the parties, has concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Orders of August 9, 2016 and February 17, 2017.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice